EXHIBIT 'A'

Sherry Carlberg
▮▮▮▮▮▮▮▮▮▮▮▮
Harrisville NH 03450

03/28/25

The Honorable Samantha Elliott
U.S. District Court District OF New Hampshire
55 Pleasant Street
#110, Concord N.H 03301

Dear Judge Elliott,

My name is Sherry Carlberg, and I am writing to you in support of Ryan Vallee. I have the privilege of being Ryan Vallee's mother. I am fully aware of the current situation and feel compelled to share my perspective on Ryan Vallee's character and the positive impact he has had on those around him.

First, I would like to give a brief background on Ryan.

> Ryan has not had the easiest of life. He was born with severe asthma which kept him in the house a lot instead of doing things that other children could do.
>
> All of Ryan's life he was always treated as an outsider by my mother. One Christmas Ryan watched his sister open a lot of nice things for Christmas from my mom. While he opened a box of brownie mix, cheese balls, and other pantry food from my mother. My mother and her husband would take my daughter fishing but never wanted Ryan around. They would say mean things to him. This was a point of contention with me and my mother. No matter how hard Ryan tried they never wanted him around.
>
> When he was in elementary school we moved to a new town and Ryan to a new school where he was bullied and pushed down the stairs. (Being bullied in school became the daily occurrence for Ryan throughout his school years).
>
> During this time his father was sent to Iraq for 18 months when 911 happened. When his father came back from the war, he was not the father he once was. He came back with severe PTSD. This would eventually turn his father to drugs. Ryan no longer did fun things with his father instead he watched his father fall apart. This had a huge impact on Ryan. He became more reserved and quieter. When I was aware of the drug use, I decided it was best to keep Ryan away until his father got help. Unfortunately, his father never sought help.

Ryan has faced numerous hardships, including severe asthma, bullying and a tumultuous family life due to his father's PTSD and drug issues. Despite these challenges, he has shown resilience and compassion towards others.

Throughout Ryan's life he has consistently exemplified qualities of integrity, compassion, and resilience. For instance,

Since Ryan was a child and young adult Ryan was there to help his father take care of his Grandparents until their passing, this was not an easy task as his grandfather had Alzheimer's and Ryan's father was hooked on drugs.

When my friend's stepmother was having difficulty going up the stairs to her house Ryan stepped up to help her up the stairs and made sure she was safe inside.

Another example is when his sister Amy needed help Ryan was always there to help her,

When I was sick Ryan was there taking care of me.

I have seen Ryan show so much compassion to others. Ryan has a good heart and is willing to lend a hand to someone in need.

Ryan has shown resilience by going to school every day even though he knew what his day would be like by being bullied.

I understand the gravity of the matter before you, and I do not seek to downplay its seriousness. However, I firmly believe that Ryan's genuine remorse and determination to make amends should be taken into consideration. Ryan has expressed that he will do whatever counseling or classes he needs to, to help himself for the better. He has the potential to continue making significant positive contributions to society, and I am confident that he will seize any opportunity for personal growth and redemption.

Thank you for taking the time to read my letter. If you require any further information or would like to discuss this matter in more detail, please do not hesitate to contact me.

Sincerely,

*Sherry Carlberg*

Sherry Carlberg